# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. **CASE NO.** 23-3159
2. **DATE DOCKETED:** 09/25/2023
3. **CASE NAME** (lead parties only)   USA   v.   ETHAN NORDEAN, ET AL
4. **TYPE OF CASE:** ☐ Review  ☒ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. **IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?** ☐ Yes  ☒ No
   If YES, cite statute
6. **CASE INFORMATION:**
   a. Identify agency whose order is to be reviewed: United States District Court, District of Columbia
   b. Give agency docket or order number(s): 1:21-cr-00175-TJK-1
   c. Give date(s) of order(s): 09/15/2023
   d. Has a request for rehearing or reconsideration been filed at the agency?  ☐ Yes  ☒ No
      If so, when was it filled?                  By whom?
      Has the agency acted?  ☐ Yes  ☐ No  If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Sentence imposed on 08/31/23; 204 months

   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes  ☐ No  If YES, identify case name(s), docket number(s), and court(s)
      23-3160; 23-3161; 23-3162; 23-3165 - consolidated to this Case # 23-3159
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes  ☒ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:

   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution?  ☐ Yes  ☒ No  If YES, provide program name and participation dates.

Signature _[signature]_    Date 10/05/2023
Name of Counsel for Appellant/Petitioner Norman A. Pattis, Esq.
Address 383 Orange St., New Haven, CT  06511
E-Mail npattis@pattislaw.com    Phone ( 203 ) 393-3017    Fax ( 203 ) 393-9745

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been emailed to all current counsel of record on October 5, 2023, to the following:

Chrisellen Rebecca Kolb, Assistant US Attorney
Direct: 202-252-6833
Email: Chrisellen.R.Kolb@usdoj.gov
[NTC Gvt US Attorney]
U.S. Attorney's Office
(USA) Appellate Division
Room 8104
Firm: 202-252-6829
601 D Street, NW
Washington, DC 20530

USAO Appellate Counsel
Email: USADC.ECFAppellate@usdoj.gov
[NTC Gvt US Attorney]
U.S. Attorney's Office
(USA) Appellate Division
Room 8104
Firm: 202-252-6829
601 D Street, NW
Washington, DC 20530

Nicholas David Smith, Esq. (representing Ethan Nordean)
Direct: 917-902-3869
Email: nds@davidsmithpllc.com
[NTC Trial Counsel]
1123 Broadway
New York, NY 10010

_(signature)_

Norman A. Pattis, Esq.
npattis@pattislaw.com
Pattis & Associates, LLC
*Representing:*
*Joseph Biggs and Zachary Rehl*
383 Orange St.
New Haven, CT 06511
Tel:    203-393-3017
Fax:    203-393-9745