UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 23-3159
(Consolidated with 23-3160, 23,3161,
23-3162, 23-3165, 23-3192, 23-3193,
23-3194, 23-3195, 23-3196)

———————————

UNITED STATES OF AMERICA,           Appellee/Cross-Appellant,

v.

ETHAN NORDEAN, ET AL.,           Appellants/Cross-Appellees.

### GOVERNMENT TRANSCRIPT STATUS REPORT

Pursuant to this Court's Order of October 19, 2023, the United States of America, appellee/cross-appellant, states that appellants/cross-appellees Nordean et al. have either ordered or received all transcripts necessary for the government's cross-appeals in these consolidated appeals. *See* Document 2022754, Case. No. 23-3159 (Oct. 19, 2023). Because the court reporters simultaneously provide these transcripts to the government when they make them available to appellants/cross-appellees, it is not necessary for the government to order additional transcripts. Therefore, the government respectfully submits that this

Court rely upon the transcript status reports provided by appellants/cross-appellees.

                                   Respectfully submitted,

                                   MATTHEW M. GRAVES
                                   United States Attorney

                                   CHRISELLEN KOLB
                                   Assistant United States Attorney

                                         /s/
                                   _____
                                   DANIEL J. LENERZ
                                   DC Bar #888283905
                                   Assistant United States Attorney
                                   601 D Street, NW
                                   Washington, D.C. 20530
                                   Daniel.Lenerz@usdoj.gov
                                   (202) 252-6829

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 3, 2023, I have caused a copy of the foregoing Government Transcript Status Report to be served by electronic means, through the Court's CM/ECF system, upon counsel for Ethan Nordean, Nicholas David Smith, Esq.; Dominic J. Pezzola, Steven Alan Metcalf II, Esq.; Joseph R. Biggs and Zachary Rehl, Norman A. Pattis, Esq.; and Enrique Tarrio, Nayib Hassan, Esq.,

AND I HEREBY CERTIFY that on November 3, 2023, I have caused a copy of the foregoing Government Transcript Status Report to be e-mailed to the following Court Reporters:

Maria Lueinback
Official Court Reporter
United States District Court
Room 6722
333 Constitution Ave., NW
Washington, DC 20001
MariaLueinback@dcd.uscourts.gov

Lorraine T. Herman, RPR, CRC
Official Court Reporter to The Honorable Carl J. Nichols
United States District Court
333 Constitution Ave., NW
Washington, DC 20001
LorraineHerman @dcd.uscourts.gov

Stacey Heavenridge Johns
Official Court Reporter to the Honorable Jia M. Cobb
United States District Court
333 Constitution Ave., NW
Washington, DC 20001
StaceyHeavenridge@dcd.uscourts.gov

Timothy R. Miller
Official Court Reporter to The Honorable Timothy J. Kelly
United States District Court
333 Constitution Ave., NW
Washington, DC 20001
TimothyMiller@dcd.uscourts.gov

/s/
DANIEL J. LENERZ
Assistant United States Attorney